# ORACLE

**Payslip**

**Oracle America, Inc.**
**1001 Sunset Blvd**
**Rocklin, CA 95765**

| Person Number | SSN (Last 4-digits) |
|---|---|
| 1684198 | ▉▉▉▉ |

| Payroll Period | Payment Date |
|---|---|
| 27-Dec-2025 - 9-Jan-2026 | 15-Jan-2026 |

**Eric Bartholomew**
**974 Virga Ave**
**Levittown, PA 19054**

| Employer Name and Address | FEIN Number |
|---|---|
| Oracle America, Inc.<br>500 Oracle Parkway<br>Redwood Shores, California 94065<br>Phone: +1-650-506-7000 | 94-2805249 |

### Summary

| Description | Gross Earnings | Imputed Earnings | Non Payroll Payment | Pretax Deductions | Employee Tax Deductions | Involuntary Deductions | Voluntary Deductions | Net Payment |
|---|---|---|---|---|---|---|---|---|
| Current | 3,118.92 | | | 60.90 | 768.00 | 373.85 | | 1,916.17 |
| Year to Date | 3,118.92 | | | 60.90 | 768.00 | 373.85 | | 1,916.17 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Flex Credits | 30.12 | 30.12 |
| Holiday Pay | 308.88 | 308.88 |
| Standard Hourly Pay | 2,779.92 | 2,779.92 |

### Deductions

| Pretax | Current | Year to Date |
|---|---|---|
| AD_D | 0.06 | 0.06 |
| Dental | 2.00 | 2.00 |
| EE Life Ins | 1.22 | 1.22 |
| Long Term Disability Ins | 10.62 | 10.62 |
| Medical Ins | 47.00 | 47.00 |
| **Tax** | **Current** | **Year to Date** |
| FIT Withheld | 333.11 | 333.11 |
| Social Security Employee Withheld | 189.60 | 189.60 |
| Medicare Employee Withheld | 44.34 | 44.34 |
| SIT Withheld (PA) | 93.88 | 93.88 |
| SUI Employee Withheld (PA) | 2.18 | 2.18 |
| City Withheld (PA,Philadelphia,Philadelphia) | 104.89 | 104.89 |
| **Involuntary** | **Current** | **Year to Date** |
| Child Support | 373.85 | 373.85 |

### Current Period Hours and Hourly Rates

| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
|---|---|---|---|---|---|---|
| Holiday Pay | | | 8.00 | Hours | 38.6100 | 308.88 |
| Standard Hourly Pay Earnings Results | | | 72.00 | Hours | 38.6100 | 2,779.92 |

### Hours

| Description | Current | Year to Date |
|---|---|---|
| Holiday Pay Hours Worked | 8.00 | 8.00 |
| Standard Hourly Pay Hours Worked | 72.00 | 72.00 |

### Absence Balances

| Description | Available |
|---|---|
| Public Health Absence Hours | 80.00 |
| Sick Hours | 112.00 |
| Vacation Hours | 144.80 |

### Tax Withholding Information

| Type | Filing Status | Total Dependent Amount | Multiple Jobs or Spouse Works | Total Other Income | Deductions | Extra Withholding |
|---|---|---|---|---|---|---|
| FEDERAL_2020 | Single or Married filing separately | 1.00 | N | 0.00 | 0.00 | 0.00 |

| State Withholding Information | Filing Status | Exemptions | Multiple Jobs or Spouse Works | Total Other Income | Deductions | Additional Amount |
|---|---|---|---|---|---|---|
| PA | | 0 | | | | 0.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Amount |
|---|---|---|---|
| 45999659219 | PNC BANK, N.A. | xxxxxx5553 | USD 1,916.17 |

This payslip has been viewed and printed from a secure account within the authorized intranet HR system of Oracle US

# ORACLE

**Payslip**

**Oracle America, Inc.**
**1001 Sunset Blvd**
**Rocklin, CA 95765**

| Person Number | SSN (Last 4-digits) |
|---|---|
| 1684198 | ██████ |

| Payroll Period | Payment Date |
|---|---|
| 10-Jan-2026 - 23-Jan-2026 | 29-Jan-2026 |

**Eric Bartholomew**
**974 Virga Ave**
**Levittown, PA 19054**

| Employer Name and Address | FEIN Number |
|---|---|
| Oracle America, Inc.<br>500 Oracle Parkway<br>Redwood Shores, California 94065<br>Phone: +1-650-506-7000 | 94-2805249 |

### Summary

| Description | Gross Earnings | Imputed Earnings | Non Payroll Payment | Pretax Deductions | Employee Tax Deductions | Involuntary Deductions | Voluntary Deductions | Net Payment |
|---|---|---|---|---|---|---|---|---|
| Current | 3,118.92 | | | 60.90 | 768.00 | 373.85 | | 1,916.17 |
| Year to Date | 6,237.84 | | | 121.80 | 1,536.00 | 747.70 | | 3,832.34 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Flex Credits | 30.12 | 60.24 |
| Holiday Pay | 308.88 | 617.76 |
| Standard Hourly Pay | 1,853.28 | 4,633.20 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| Sick Payment | 926.64 | 926.64 |

### Deductions

| Pretax | Current | Year to Date |
|---|---|---|
| AD_D | 0.06 | 0.12 |
| Dental | 2.00 | 4.00 |
| EE Life Ins | 1.22 | 2.44 |
| Long Term Disability Ins | 10.62 | 21.24 |
| Medical Ins | 47.00 | 94.00 |

| Tax | Current | Year to Date |
|---|---|---|
| FIT Withheld | 333.11 | 666.22 |
| Social Security Employee Withheld | 189.59 | 379.19 |
| Medicare Employee Withheld | 44.34 | 88.68 |
| SIT Withheld (PA) | 93.88 | 187.76 |
| SUI Employee Withheld (PA) | 2.19 | 4.37 |
| City Withheld (PA,Philadelphia,Philadelphia) | 104.89 | 209.78 |

| Involuntary | Current | Year to Date |
|---|---|---|
| Child Support | 373.85 | 747.70 |

### Current Period Hours and Hourly Rates

| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
|---|---|---|---|---|---|---|
| Holiday Pay | | | 8.00 | Hours | 38.6100 | 308.88 |
| Sick Earnings Results | | | 24.00 | Hours | 38.6100 | 926.64 |
| Standard Hourly Pay Earnings Results | | | 48.00 | Hours | 38.6100 | 1,853.28 |

### Hours

| Description | Current | Year to Date |
|---|---|---|
| Holiday Pay Hours Worked | 8.00 | 16.00 |
| Standard Hourly Pay Hours Worked | 48.00 | 120.00 |
| Sick Hours | 24.00 | 24.00 |

### Absence Balances

| Description | Available |
|---|---|
| Public Health Absence Hours | 80.00 |
| Sick Hours | 88.00 |
| Vacation Hours | 150.34 |

### Tax Withholding Information

| Type | Filing Status | Total Dependent Amount | Multiple Jobs or Spouse Works | Total Other Income | Deductions | Extra Withholding |
|---|---|---|---|---|---|---|
| FEDERAL_2020 | Single or Married filing separately | 1.00 | N | 0.00 | 0.00 | 0.00 |

| State Withholding Information | Filing Status | Exemptions | Multiple Jobs or Spouse Works | Total Other Income | Deductions | Additional Amount |
|---|---|---|---|---|---|---|
| PA | | 0 | | | | 0.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Amount |
|---|---|---|---|
| 46175674143 | PNC BANK, N.A. | xxxxxx5553 | USD 1,916.17 |

This payslip has been viewed and printed from a secure account within the authorized intranet HR system of Oracle US

Page 1 of 1

**ORACLE**

Payslip

**Oracle America, Inc.**
**1001 Sunset Blvd**
**Rocklin, CA 95765**

| Person Number | SSN (Last 4-digits) |
|---|---|
| 1684198 | |

| Payroll Period | Payment Date |
|---|---|
| 24-Jan-2026 - 6-Feb-2026 | 12-Feb-2026 |

**Eric Bartholomew**
**974 Virga Ave**
**Levittown, PA 19054**

| Employer Name and Address | FEIN Number |
|---|---|
| Oracle America, Inc.<br>500 Oracle Parkway<br>Redwood Shores, California 94065<br>Phone: +1-650-506-7000 | 94-2805249 |

### Summary

| Description | Gross Earnings | Imputed Earnings | Non Payroll Payment | Pretax Deductions | Employee Tax Deductions | Involuntary Deductions | Voluntary Deductions | Net Payment |
|---|---|---|---|---|---|---|---|---|
| Current | 3,118.92 | | | 60.90 | 768.00 | 373.85 | | 1,916.17 |
| Year to Date | 9,356.76 | | | 182.70 | 2,304.00 | 1,121.55 | | 5,748.51 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Flex Credits | 30.12 | 90.36 |
| Holiday Pay | 0.00 | 617.76 |
| Standard Hourly Pay | 3,088.80 | 7,722.00 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| Sick Payment | 0.00 | 926.64 |

### Deductions

| Pretax | Current | Year to Date |
|---|---|---|
| AD_D | 0.06 | 0.18 |
| Dental | 2.00 | 6.00 |
| EE Life Ins | 1.22 | 3.66 |
| Long Term Disability Ins | 10.62 | 31.86 |
| Medical Ins | 47.00 | 141.00 |
| **Tax** | **Current** | **Year to Date** |
| FIT Withheld | 333.11 | 999.33 |
| Social Security Employee Withheld | 189.60 | 568.79 |
| Medicare Employee Withheld | 44.34 | 133.02 |
| SIT Withheld (PA) | 93.88 | 281.64 |
| SUI Employee Withheld (PA) | 2.18 | 6.55 |
| City Withheld (PA,Philadelphia,Philadelphia) | 104.89 | 314.67 |
| **Involuntary** | **Current** | **Year to Date** |
| Child Support | 373.85 | 1,121.55 |

### Current Period Hours and Hourly Rates

| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
|---|---|---|---|---|---|---|
| Standard Hourly Pay Earnings Results | | | 80.00 | Hours | 38.6100 | 3,088.80 |

### Hours

| Description | Current | Year to Date |
|---|---|---|
| Holiday Pay Hours Worked | 0.00 | 16.00 |
| Standard Hourly Pay Hours Worked | 80.00 | 200.00 |
| Sick Hours | 0.00 | 24.00 |

### Absence Balances

| Description | Available |
|---|---|
| Public Health Absence Hours | 80.00 |
| Sick Hours | 88.00 |
| Vacation Hours | 155.88 |

### Tax Withholding Information

| Type | Filing Status | Total Dependent Amount | Multiple Jobs or Spouse Works | Total Other Income | Deductions | Extra Withholding |
|---|---|---|---|---|---|---|
| FEDERAL_2020 | Single or Married filing separately | 1.00 | N | 0.00 | 0.00 | 0.00 |
| State Withholding Information | Filing Status | Exemptions | Multiple Jobs or Spouse Works | Total Other Income | Deductions | Additional Amount |
| PA | | 0 | | | | 0.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Amount |
|---|---|---|---|
| 46361012021 | PNC BANK, N.A. | xxxxx5553 | USD 1,916.17 |

This payslip has been viewed and printed from a secure account within the authorized intranet HR system of Oracle US

Page 1 of 1

# ORACLE

**Payslip**

**Oracle America, Inc.**
**1001 Sunset Blvd**
**Rocklin, CA 95765**

| Person Number | SSN (Last 4-digits) |
|---|---|
| 1684198 | ███ |

| Payroll Period | Payment Date |
|---|---|
| 7-Feb-2026 - 20-Feb-2026 | 26-Feb-2026 |

**Eric Bartholomew**
**974 Virga Ave**
**Levittown, PA 19054**

| Employer Name and Address | FEIN Number |
|---|---|
| Oracle America, Inc.<br>500 Oracle Parkway<br>Redwood Shores, California 94065<br>Phone: +1-650-506-7000 | 94-2805249 |

## Summary

| Description | Gross Earnings | Imputed Earnings | Non Payroll Payment | Pretax Deductions | Employee Tax Deductions | Involuntary Deductions | Voluntary Deductions | Net Payment |
|---|---|---|---|---|---|---|---|---|
| Current | 3,118.92 | | | 60.90 | 768.01 | 373.85 | | 1,916.16 |
| Year to Date | 12,475.68 | | | 243.60 | 3,072.01 | 1,495.40 | | 7,664.67 |

## Earnings

| Description | Current | Year to Date |
|---|---|---|
| Flex Credits | 30.12 | 120.48 |
| Holiday Pay | 308.88 | 926.64 |
| Standard Hourly Pay | 2,779.92 | 10,501.92 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| Sick Payment | 0.00 | 926.64 |

## Deductions

| Pretax | Current | Year to Date |
|---|---|---|
| AD_D | 0.06 | 0.24 |
| Dental | 2.00 | 8.00 |
| EE Life Ins | 1.22 | 4.88 |
| Long Term Disability Ins | 10.62 | 42.48 |
| Medical Ins | 47.00 | 188.00 |

| Tax | Current | Year to Date |
|---|---|---|
| FIT Withheld | 333.11 | 1,332.44 |
| Social Security Employee Withheld | 189.60 | 758.39 |
| Medicare Employee Withheld | 44.35 | 177.37 |
| SIT Withheld (PA) | 93.88 | 375.52 |
| SUI Employee Withheld (PA) | 2.18 | 8.73 |
| City Withheld (PA,Philadelphia,Philadelphia) | 104.89 | 419.56 |

| Involuntary | Current | Year to Date |
|---|---|---|
| Child Support | 373.85 | 1,495.40 |

## Current Period Hours and Hourly Rates

| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
|---|---|---|---|---|---|---|
| Holiday Pay | | | 8.00 | Hours | 38.6100 | 308.88 |
| Standard Hourly Pay Earnings Results | | | 72.00 | Hours | 38.6100 | 2,779.92 |

## Hours

| Description | Current | Year to Date |
|---|---|---|
| Holiday Pay Hours Worked | 8.00 | 24.00 |
| Standard Hourly Pay Hours Worked | 72.00 | 272.00 |
| Sick Hours | 0.00 | 24.00 |

## Absence Balances

| Description | Available |
|---|---|
| Public Health Absence Hours | 80.00 |
| Sick Hours | 88.00 |
| Vacation Hours | 161.41 |

## Tax Withholding Information

| Type | Filing Status | Total Dependent Amount | Multiple Jobs or Spouse Works | Total Other Income | Deductions | Extra Withholding |
|---|---|---|---|---|---|---|
| FEDERAL_2020 | Single or Married filing separately | 1.00 | N | 0.00 | 0.00 | 0.00 |

| State Withholding Information | Filing Status | Exemptions | Multiple Jobs or Spouse Works | Total Other Income | Deductions | Additional Amount |
|---|---|---|---|---|---|---|
| PA | | 0 | | | | 0.00 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Amount |
|---|---|---|---|
| 46535265971 | PNC BANK, N.A. | xxxxxx5553 | USD 1,916.16 |

This payslip has been viewed and printed from a secure account within the authorized intranet HR system of Oracle US

**ORACLE**

Payslip

**Oracle America, Inc.**
**1001 Sunset Blvd**
**Rocklin, CA 95765**

| Person Number | SSN (Last 4-digits) |
|---|---|
| 1684198 | ▮▮▮▮ |

| Payroll Period | Payment Date |
|---|---|
| 21-Feb-2026 - 6-Mar-2026 | 12-Mar-2026 |

**Eric Bartholomew**
**974 Virga Ave**
**Levittown, PA 19054**

| Employer Name and Address | FEIN Number |
|---|---|
| Oracle America, Inc.<br>500 Oracle Parkway<br>Redwood Shores, California 94065<br>Phone: +1-650-506-7000 | 94-2805249 |

| Summary | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | Gross Earnings | Imputed Earnings | Non Payroll Payment | Pretax Deductions | Employee Tax Deductions | Involuntary Deductions | Voluntary Deductions | Net Payment |
| Current | 3,118.92 | | | 60.90 | 768.01 | 373.85 | | 1,916.16 |
| Year to Date | 15,594.60 | | | 304.50 | 3,840.02 | 1,869.25 | | 9,580.83 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Flex Credits | 30.12 | 150.60 |
| Holiday Pay | 0.00 | 926.64 |
| Standard Hourly Pay | 3,088.80 | 13,590.72 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| Sick Payment | 0.00 | 926.64 |

| Deductions | | |
|---|---|---|
| Pretax | Current | Year to Date |
| AD_D | 0.06 | 0.30 |
| Dental | 2.00 | 10.00 |
| EE Life Ins | 1.22 | 6.10 |
| Long Term Disability Ins | 10.62 | 53.10 |
| Medical Ins | 47.00 | 235.00 |
| Tax | Current | Year to Date |
| FIT Withheld | 333.11 | 1,665.55 |
| Social Security Employee Withheld | 189.60 | 947.99 |
| Medicare Employee Withheld | 44.34 | 221.71 |
| SIT Withheld (PA) | 93.88 | 469.40 |
| SUI Employee Withheld (PA) | 2.19 | 10.92 |
| City Withheld (PA,Philadelphia,Philadelphia) | 104.89 | 524.45 |
| Involuntary | Current | Year to Date |
| Child Support | 373.85 | 1,869.25 |

| Current Period Hours and Hourly Rates | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | Start Date | End Date | Quantity | Type | | Rate | Amount |
| Standard Hourly Pay Earnings Results | | | 80.00 | Hours | | 38.6100 | 3,088.80 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Holiday Pay Hours Worked | 0.00 | 24.00 |
| Standard Hourly Pay Hours Worked | 80.00 | 352.00 |
| Sick Hours | 0.00 | 24.00 |

| Absence Balances | |
|---|---|
| Description | Available |
| Public Health Absence Hours | 80.00 |
| Sick Hours | 88.00 |
| Vacation Hours | 166.95 |

| Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|
| Type | Filing Status | Total Dependent Amount | Multiple Jobs or Spouse Works | Total Other Income | Deductions | Extra Withholding |
| FEDERAL_2020 | Single or Married filing separately | 1.00 | N | 0.00 | 0.00 | 0.00 |
| State Withholding Information | Filing Status | Exemptions | Multiple Jobs or Spouse Works | Total Other Income | Deductions | Additional Amount |
| PA | | 0 | | | | 0.00 |

| Net Pay Distribution | | | |
|---|---|---|---|
| Check/Deposit Number | Bank Name | Account Number | Amount |
| 46743123110 | PNC BANK, N.A. | xxxxx5553 | USD 1,916.16 |

This payslip has been viewed and printed from a secure account within the authorized intranet HR system of Oracle US

# ORACLE

**Payslip**

**Oracle America, Inc.**
**1001 Sunset Blvd**
**Rocklin, CA 95765**

| Person Number | SSN (Last 4-digits) |
|---|---|
| 1684198 | ▮ |

| Payroll Period | Payment Date |
|---|---|
| 7-Mar-2026 - 20-Mar-2026 | 26-Mar-2026 |

**Eric Bartholomew**
**974 Virga Ave**
**Levittown, PA 19054**

| Employer Name and Address | FEIN Number |
|---|---|
| Oracle America, Inc.<br>500 Oracle Parkway<br>Redwood Shores, California 94065<br>Phone: +1-650-506-7000 | 94-2805249 |

### Summary

| Description | Gross Earnings | Imputed Earnings | Non Payroll Payment | Pretax Deductions | Employee Tax Deductions | Involuntary Deductions | Voluntary Deductions | Net Payment |
|---|---|---|---|---|---|---|---|---|
| Current | 3,118.92 | | | 60.90 | 767.99 | 373.85 | | 1,916.18 |
| Year to Date | 18,713.52 | | | 365.40 | 4,608.01 | 2,243.10 | | 11,497.01 |

### Earnings

| Description | Current | Year to Date |
|---|---|---|
| Flex Credits | 30.12 | 180.72 |
| Holiday Pay | 0.00 | 926.64 |
| Standard Hourly Pay | 3,088.80 | 16,679.52 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| Sick Payment | 0.00 | 926.64 |

### Deductions

| Pretax | Current | Year to Date |
|---|---|---|
| AD_D | 0.06 | 0.36 |
| Dental | 2.00 | 12.00 |
| EE Life Ins | 1.22 | 7.32 |
| Long Term Disability Ins | 10.62 | 63.72 |
| Medical Ins | 47.00 | 282.00 |
| **Tax** | **Current** | **Year to Date** |
| FIT Withheld | 333.11 | 1,998.66 |
| Social Security Employee Withheld | 189.59 | 1,137.58 |
| Medicare Employee Withheld | 44.34 | 266.05 |
| SIT Withheld (PA) | 93.88 | 563.28 |
| SUI Employee Withheld (PA) | 2.18 | 13.10 |
| City Withheld (PA,Philadelphia,Philadelphia) | 104.89 | 629.34 |
| **Involuntary** | **Current** | **Year to Date** |
| Child Support | 373.85 | 2,243.10 |

### Current Period Hours and Hourly Rates

| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
|---|---|---|---|---|---|---|
| Standard Hourly Pay Earnings Results | | | 80.00 | Hours | 38.6100 | 3,088.80 |

### Hours

| Description | Current | Year to Date |
|---|---|---|
| Holiday Pay Hours Worked | 0.00 | 24.00 |
| Standard Hourly Pay Hours Worked | 80.00 | 432.00 |
| Sick Hours | 0.00 | 24.00 |

### Absence Balances

| Description | Available |
|---|---|
| Public Health Absence Hours | 80.00 |
| Sick Hours | 88.00 |
| Vacation Hours | 172.49 |

### Tax Withholding Information

| Type | Filing Status | Total Dependent Amount | Multiple Jobs or Spouse Works | Total Other Income | Deductions | Extra Withholding |
|---|---|---|---|---|---|---|
| FEDERAL_2020 | Single or Married filing separately | 1.00 | N | 0.00 | 0.00 | 0.00 |
| **State Withholding Information** | **Filing Status** | **Exemptions** | **Multiple Jobs or Spouse Works** | **Total Other Income** | **Deductions** | **Additional Amount** |
| PA | | 0 | | | | 0.00 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Amount |
|---|---|---|---|
| 46908663171 | PNC BANK, N.A. | xxxxx5553 | USD 1,916.18 |

This payslip has been viewed and printed from a secure account within the authorized intranet HR system of Oracle US

# ORACLE

**Payslip**

**Oracle America, Inc.**
**1001 Sunset Blvd**
**Rocklin, CA 95765**

| Person Number | SSN (Last 4-digits) |
|---|---|
| 1684198 | ██████ |

| Payroll Period | Payment Date |
|---|---|
| 21-Mar-2026 - 3-Apr-2026 | 9-Apr-2026 |

**Eric Bartholomew**
**974 Virga Ave**
**Levittown, PA 19054**

| Employer Name and Address | FEIN Number |
|---|---|
| Oracle America, Inc.<br>500 Oracle Parkway<br>Redwood Shores, California 94065<br>Phone: +1-650-506-7000 | 94-2805249 |

| Summary | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | Gross Earnings | Imputed Earnings | Non Payroll Payment | Pretax Deductions | Employee Tax Deductions | Involuntary Deductions | Voluntary Deductions | Net Payment |
| Current | 3,118.92 | | | 60.90 | 663.11 | 373.85 | | 2,021.06 |
| Year to Date | 21,832.44 | | | 426.30 | 5,271.12 | 2,616.95 | | 13,518.07 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Flex Credits | 30.12 | 210.84 |
| Holiday Pay | 0.00 | 926.64 |
| Standard Hourly Pay | 3,088.80 | 19,768.32 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| Sick Payment | 0.00 | 926.64 |

| Deductions | | |
|---|---|---|
| Pretax | Current | Year to Date |
| AD_D | 0.06 | 0.42 |
| Dental | 2.00 | 14.00 |
| EE Life Ins | 1.22 | 8.54 |
| Long Term Disability Ins | 10.62 | 74.34 |
| Medical Ins | 47.00 | 329.00 |
| Tax | Current | Year to Date |
| FIT Withheld | 333.11 | 2,331.77 |
| Social Security Employee Withheld | 189.60 | 1,327.18 |
| Medicare Employee Withheld | 44.34 | 310.39 |
| SIT Withheld (PA) | 93.88 | 657.16 |
| SUI Employee Withheld (PA) | 2.18 | 15.28 |
| City Withheld (PA,Philadelphia,Philadelphia) | 0.00 | 629.34 |
| Involuntary | Current | Year to Date |
| Child Support | 373.85 | 2,616.95 |

| Current Period Hours and Hourly Rates | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | Start Date | End Date | | Quantity | Type | | Rate | Amount |
| Standard Hourly Pay Earnings Results | | | | 80.00 | Hours | | 38.6100 | 3,088.80 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Holiday Pay Hours Worked | 0.00 | 24.00 |
| Standard Hourly Pay Hours Worked | 80.00 | 512.00 |
| Sick Hours | 0.00 | 24.00 |

| Absence Balances | |
|---|---|
| Description | Available |
| Public Health Absence Hours | 80.00 |
| Sick Hours | 88.00 |
| Vacation Hours | 178.03 |

| Tax Withholding Information | | | | | | |
|---|---|---|---|---|---|---|
| Type | Filing Status | Total Dependent Amount | Multiple Jobs or Spouse Works | Total Other Income | Deductions | Extra Withholding |
| FEDERAL_2020 | Single or Married filing separately | 1.00 | N | 0.00 | 0.00 | 0.00 |
| State Withholding Information | Filing Status | Exemptions | Multiple Jobs or Spouse Works | Total Other Income | Deductions | Additional Amount |
| PA | | 0 | | | | 0.00 |

| Net Pay Distribution | | | |
|---|---|---|---|
| Check/Deposit Number | Bank Name | Account Number | Amount |
| 47004035541 | PNC BANK, N.A. | xxxxx5553 | USD 2,021.06 |

This payslip has been viewed and printed from a secure account within the authorized intranet HR system of Oracle US

# ORACLE

**Payslip**

**Oracle America, Inc.**
**1001 Sunset Blvd**
**Rocklin, CA 95765**

| Person Number | SSN (Last 4-digits) |
|---|---|
| 1684198 | ████ |

| Payroll Period | Payment Date |
|---|---|
| 4-Apr-2026 - 17-Apr-2026 | 23-Apr-2026 |

**Eric Bartholomew**
**974 Virga Ave**
**Levittown, PA 19054**

| Employer Name and Address | FEIN Number |
|---|---|
| Oracle America, Inc.<br>500 Oracle Parkway<br>Redwood Shores, California 94065<br>Phone: +1-650-506-7000 | 94-2805249 |

## Summary

| Description | Gross Earnings | Imputed Earnings | Non Payroll Payment | Pretax Deductions | Employee Tax Deductions | Involuntary Deductions | Voluntary Deductions | Net Payment |
|---|---|---|---|---|---|---|---|---|
| Current | 3,118.92 | | | 60.90 | 663.12 | 373.85 | | 2,021.05 |
| Year to Date | 24,951.36 | | | 487.20 | 5,934.24 | 2,990.80 | | 15,539.12 |

## Earnings

| Description | Current | Year to Date |
|---|---|---|
| Flex Credits | 30.12 | 240.96 |
| Holiday Pay | 0.00 | 926.64 |
| Standard Hourly Pay | 3,088.80 | 22,857.12 |

### Absences

| Description | Current | Year to Date |
|---|---|---|
| Sick Payment | 0.00 | 926.64 |

## Deductions

| Pretax | Current | Year to Date |
|---|---|---|
| AD_D | 0.06 | 0.48 |
| Dental | 2.00 | 16.00 |
| EE Life Ins | 1.22 | 9.76 |
| Long Term Disability Ins | 10.62 | 84.96 |
| Medical Ins | 47.00 | 376.00 |

| Tax | Current | Year to Date |
|---|---|---|
| FIT Withheld | 333.11 | 2,664.88 |
| Social Security Employee Withheld | 189.60 | 1,516.78 |
| Medicare Employee Withheld | 44.34 | 354.73 |
| SIT Withheld (PA) | 93.88 | 751.04 |
| SUI Employee Withheld (PA) | 2.19 | 17.47 |
| City Withheld (PA,Philadelphia,Philadelphia) | 0.00 | 629.34 |

| Involuntary | Current | Year to Date |
|---|---|---|
| Child Support | 373.85 | 2,990.80 |

## Current Period Hours and Hourly Rates

| Description | Start Date | End Date | Quantity | Type | Rate | Amount |
|---|---|---|---|---|---|---|
| Standard Hourly Pay Earnings Results | | | 80.00 | Hours | 38.6100 | 3,088.80 |

## Hours

| Description | Current | Year to Date |
|---|---|---|
| Holiday Pay Hours Worked | 0.00 | 24.00 |
| Standard Hourly Pay Hours Worked | 80.00 | 592.00 |
| Sick Hours | 0.00 | 24.00 |

## Absence Balances

| Description | Available |
|---|---|
| Public Health Absence Hours | 80.00 |
| Sick Hours | 88.00 |
| Vacation Hours | 183.57 |

## Tax Withholding Information

| Type | Filing Status | Total Dependent Amount | Multiple Jobs or Spouse Works | Total Other Income | Deductions | Extra Withholding |
|---|---|---|---|---|---|---|
| FEDERAL_2020 | Single or Married filing separately | 1.00 | N | 0.00 | 0.00 | 0.00 |

| State Withholding Information | Filing Status | Exemptions | Multiple Jobs or Spouse Works | Total Other Income | Deductions | Additional Amount |
|---|---|---|---|---|---|---|
| PA | | 0 | | | | 0.00 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Number | Amount |
|---|---|---|---|
| 47095403453 | PNC BANK, N.A. | xxxxxx5553 | USD 2,021.05 |

This payslip has been viewed and printed from a secure account within the authorized intranet HR system of Oracle US