UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

ERIC S BARTHOLOMEW

Debtor

Chapter 13

Bankruptcy No. 26-11723-AMC

<u>TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307</u>

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 04/23/2026.

3.      This Motion to Dismiss has been filed for the following reason(s):

- The debtor(s) have unreasonably delayed the case to the detriment of creditors, in violation of 11 U.S.C. § 1307(c)(1), by failing to provide the trustee with documentation related to valuation, expenses, and/or other requested materials as directed at the meeting of creditors.

        WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 07/23/2026

Respectfully submitted,

*/s/ Kenneth E. West, Esq.*

Kenneth E. West, Esq.
Standing Chapter 13 Trusteee
190 N. Independence Mall West
Suite 701
Philadelphia, PA  19106
Telephone: (215) 627-1377